THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

WILLIAM WALKER, Appellant.—Order unanimously reversed, on the law, and matter remitted to Monroe County Court for further proceedings in accordance with same Per Curiam opinion as in *People v Mitchell* (189 AD2d 337 [decided herewith]). Present—PINE, J. P., BALIO, LAWTON, BOOMER and DAVIS, JJ.